THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 American
 International Insurance Company, Appellant,
 
 
 

v.

 
 
 
 Christine
 Caffey and Richard Caffey, Individually and as Husband and Wife, and as
 Co-Guardians ad Litem for Erin C., a Minor Under the Age of Fourteen years, Respondents.
 
 
 

Appeal From Anderson County
 J.C. Buddy Nicholson, Jr., Circuit Court
Judge

Unpublished Opinion No.  2011-UP-082  
 Submitted February 1, 2011  Filed
February 24, 2011

REVERSED

 
 
 
 Timothy A. Domin, of Charleston, and James
 P. Walsh and Sean Scoopmire, of Greenville, for Appellant.
 Steven M. Krause and Steven B. LeFevre, of
 Anderson, for Respondents.
 
 
 

PER CURIAM:  American
 International Insurance Company (AIIC) appeals from the trial court's order
 granting Christine and Richard Caffeys' (the Caffeys[1])
 motion for summary judgment, arguing the trial court erred in finding AIIC failed to make a meaningful offer of underinsured motorist (UIM)
 coverage and reforming AIIC's policy to provide the Caffeys with UIM coverage.  We reverse[2] pursuant to Rule 220(b), SCACR, and the
 following authority:  Wiegand v. United States Automobile Association, Op.
 No. 26919 (S.C. Sup. Ct. filed Jan. 31, 2011) (Shearouse Adv. Sh. No. 4 at 17)
 (reversing the circuit court's grant of summary judgment in favor of insured,
 and finding USAA made a meaningful offer of UIM coverage to insured because USAA
 met its burden with regards to Section 38-77-350 of the South Carolina Code
 (1997)).
REVERSED.
HUFF, SHORT
 and PIEPER, JJ., concur.

[1]  AIIC's complaint named Christine and Richard Caffey
 individually, as husband and wife, and as co-guardians ad litem for their minor
 daughter, Erin C.
[2]  We decide this case without oral argument pursuant
 to Rule 215, SCACR.